| | |
|---|---|
| 1 | BRIAN M. FOGARTY (Bar No. 218792) |
|  | **DLA PIPER RUDNICK GRAY CARY US LLP** |
| 2 | 401 B Street, Suite 1700 |
|  | San Diego, California 92101-4297 |
| 3 | Telephone: 619.699.2620 |
|  | Facsimile: 619.699.2701 |
| 4 | brian.fogarty@dlapiper.com |
| 5 | THOMAS A. BURG (Bar No. 211937) |
|  | **DLA PIPER RUDNICK GRAY CARY US LLP** |
| 6 | 2000 University Avenue |
|  | East Palo Alto, CA 94303-2248 |
| 7 | Tel: 650.833.2016 |
|  | Fax: 650.833.2001 |
| 8 | thomas.burg@dlapiper.com |
| 9 | Attorneys for Plaintiff |
|  | LORILLARD TOBACCO COMPANY |
| 10 | |
| 11 | MICHAEL J. BLUMENFELD (Cal. Bar No. 065239) |
|  | A PROFESSIONAL CORPORATION |
|  | One Kaiser Plaza |
| 12 | The Ordway Building, Suite 1675 |
|  | Oakland, CA 94612 |
| 13 | Telephone: (510) 465-0555 |
|  | Facsimile: (510) 465-8093 |
| 14 | |
| 15 | Attorneys for Defendants |
|  | TENDERLOIN GROCERY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, | | CASE NO. C05 3123 CW |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER, CONTINUING LAST DAY TO CONDUCT EARLY NEUTRAL EVALUATION** |
| v. | | |
| TENDERLOIN GROCERY, a business entity; AHMED SAID, an individual; and DOES 1 – 10 inclusive, | | |
| | Defendants. | |

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199854.1
335142-101

Stipulation and [Proposed] Order Continuing
Last Day for ENE C05-3123 CW

-1-

1  Plaintiff Lorillard Tobacco Company ("Lorillard") and Defendants Tenderloin Grocery
2  and Ahmed Said, hereby agree as follows:
3  WHEREAS, under the Court's December 8, 2005 Case Management Order the last day to
4  complete the ADR session is February 17, 2006;
5  WHEREAS, the parties are presently attempting to work out a settlement among
6  themselves;
7  WHEREAS, the parties participated in a telephone conference with the early-neutral
8  evaluator and the evaluator is in agreement with this proposal;
9  WHEREAS, the parties respectfully request a sixty (60) day extension of time, until April
10 18, 2006, in which to complete the ADR process.
11 //
12 //

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7199854.1
335142-101

Stipulation and [Proposed] Order Continuing
Last Day for ENE C05-3123 CW
-2-

IT IS THEREFORE STIPULATED THAT:

1. The last day to complete the Early Neutral Evaluation is continued to April 18, 2006.

SO STIPULATED:

Dated: February 3, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
THOMAS A. BURG
Attorneys for Plaintiff
LORILLARD TOBACCO COMPANY

Dated: February 3, 2006

MICHAEL J. BLUMENFELD A PROFESSIONAL CORPORATION

By: Cheryl Martinsen
CHERYL MARTINSEN
Attorneys for Defendants
TENDERLOIN GROCERY and
AHMED SAID

IT IS SO ORDERED.

Dated: 2/7/06

_____
Hon. Claudia Wilken

*IT IS SO ORDERED — Judge Claudia Wilken* (United States District Court, Northern District of California seal)