BRIAN M. FOGARTY (Bar No. 218792)
**DLA PIPER RUDNICK GRAY CARY US LLP**
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: 619.699.2620
Facsimile: 619.699.2701
brian.fogarty@dlapiper.com

THOMAS A. BURG (Bar No. 211937)
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2016
Fax: 650.833.2001
thomas.burg@dlapiper.com

Attorneys for Plaintiff
LORILLARD TOBACCO COMPANY

MICHAEL J. BLUMENFELD (Cal. Bar No. 065239)
A PROFESSIONAL CORPORATION
One Kaiser Plaza
The Ordway Building, Suite 1675
Oakland, CA 94612
Telephone: (510) 465-0555
Facsimile: (510) 465-8093

Attorneys for Defendants
TENDERLOIN GROCERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TENDERLOIN GROCERY, a business entity; AHMED SAID, an individual; and DOES 1 – 10 inclusive,<br><br>Defendants. | CASE NO. C05 3123 CW<br><br>**STIPULATION AND ORDER RE: ADR** |

DLA PIPER RUDNICK
GRAY CARY US LLP

Stipulation and [Proposed] Order Re: ADR
C05-3123 CW

-1-

EM\7200853.1
335142-101

1   Plaintiff Lorillard Tobacco Company ("Lorillard") and Defendants Tenderloin Grocery
2  and Ahmed Said, hereby agree as follows:
3   WHEREAS, in the December 8, 2006, Case Management Order the Court referred the
4  parties to Early Neutral Evaluation as an ADR process;
5   WHEREAS, counsel for defendants in this action also represents defendants in the
6  *Lorillard v. Gladstone Market, et. al.*, C-05-3122 RMW and *Lorillard v. Barah Deli et. al.*, C-05-
7  3125 JF.  Counsel for Lorillard is also the same in all three cases.  The *Gladstone Market* and
8  *Barah Deli* cases involve the same claims as the present case;
9   WHEREAS, the parties in the *Gladstone Market* and *Barah Deli* cases are scheduled to
10 participate in a settlement conference before Magistrate Lloyd on March 29, 2006;
11  WHEREAS, all parties believe that attempting to settle the present case and the *Gladstone
12 Market* and *Barah Deli* cases at the same time will be more effective, will be a more efficient use
13 of the resources of the ADR program and will be more likely to lead to a settlement of all three
14 cases;
15  WHEREAS, Magistrate Judge Lloyd's chambers has indicated that it is willing to conduct
16 a settlement conference in this case on the same day as the settlement conferences in the
17 *Gladstone Market* and *Barah Deli* cases;
18  WHEREAS, the parties respectfully request that the Court remove the present case from
19 the ENE program and order that the parties participate in a settlement conference before
20 Magistrate Judge Lloyd on the same day as the presently scheduled settlement conferences in the
21 *Gladstone Market* and *Barah Deli* matters.
22 //
23 //
24
25
26
27
28

DLA PIPER RUDNICK
GRAY CARY US LLP

Stipulation and [Proposed] Order Re: ADR
C05-3123 CW

-2-

EM\7200853.1
335142-101

1  IT IS THEREFORE STIPULATED THAT:

2  1. The case is removed from the ENE program and the parties shall conduct a settlement
3  conference before Magistrate Judge Lloyd on the same day, currently March 29, 2006, as the
4  presently scheduled settlement conferences in the *Gladstone Market* and *Barah Deli* matters.

5  
6  SO STIPULATED:

7  Dated: _____, 2006                  DLA PIPER RUDNICK GRAY CARY US LLP

8  
9                                              By: _____
10                                                  THOMAS A. BURG
                                                    Attorneys for Plaintiff
11                                                  LORILLARD TOBACCO COMPANY

12  
13  Dated: _____, 2006                  MICHAEL J. BLUMENFELD A PROFESSIONAL CORPORATION

14  
15                                              By: _____
                                                    CHERYL MARTINSEN
16                                                  Attorneys for Defendants
                                                    TENDERLOIN GROCERY and
17                                                  AHMED SAID

18  

19  IT IS SO ORDERED.

20  3/2/06                                     /s/ CLAUDIA WILKEN

21  Dated: _____

22                                              _____
23                                              Hon. Claudia Wilken

24
25
26
27
28