BRIAN M. FOGARTY (Bar No. 218792)
brian.fogarty@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: 619.699.2620
Facsimile: 619.699.2701

THOMAS A. BURG (Bar No. 211937)
thomas.burg@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2016
Fax: 650.833.2001

Attorneys for Plaintiff
LORILLARD TOBACCO COMPANY

MICHAEL J. BLUMENFELD (Cal. Bar No. 065239)
A PROFESSIONAL CORPORATION
One Kaiser Plaza
The Ordway Building, Suite 1675
Oakland, CA 94612
Telephone: (510) 465-0555
Facsimile: (510) 465-8093

Attorneys for Defendants
TENDERLOIN GROCERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TENDERLOIN GROCERY, a business entity; AHMED SAID, an individual; and DOES 1 – 10 inclusive,<br><br>Defendants. | CASE NO. C05 3123 CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF PERMANENT INJUNCTION; STIPULATION OF DISMISSAL** |
| AND RELATED COUNTERCLAIMS | |

1   Plaintiff Lorillard Tobacco Company ("Lorillard"), on the one hand, and Defendants
2   Tenderloin Grocery and Ahmed Said (collectively "Defendants"), on the other hand, by and
3   through their counsel hereby stipulate and agree pursuant to Rule 65 of the Federal Rules of Civil
4   Procedure as follows:

5   With regard to Lorillard's registered trademarks LORILLARD®, NEWPORT®,
6   NEWPORT® (stylized), Spinnaker Design®, and NEWPORT and Design®, registered on the
7   Principal Register in the United States Patent and Trademark Office (collectively, the "Lorillard
8   Marks"), copies of the certificates of registration of which are attached hereto as Exhibit A, it is
9   hereby stipulated and agreed that commencing immediately from the date of entry of the
10  Stipulation and Order for Permanent Injunction, Defendants and any of their owners, officers,
11  agents, servants, employees, and attorneys, and those persons in active concert or participation
12  with them who receive actual notice of this Order by personal service or otherwise, are hereby
13  permanently enjoined and restrained from directly or indirectly:

14  (1) using any reproduction, counterfeit, copy, or colorable imitation of the Lorillard
15  Marks in connection with the importation, sale, offering for sale, or distribution of cigarettes in
16  the United States;

17  (2) using the Lorillard Marks or any reproduction, counterfeit, copy, or colorable
18  imitation of the same in any manner likely to cause others to believe that Defendants' products are
19  connected with Lorillard or are genuine Lorillard products, if they are not;

20  (3) passing off, inducing, or enabling others to sell or pass off any merchandise which
21  is not genuine Lorillard merchandise as and for genuine Lorillard merchandise;

22  (4) making any false or misleading statements regarding Lorillard or its respective
23  goods, or the relationship between Lorillard, on the one hand, and Defendants, on the other hand;

24  (5) committing any other acts calculated to cause purchasers to believe that
25  Defendants' products are Lorillard's products, if they are not;

26  (6) importing, shipping, delivering, distributing, holding for sale, returning,
27  transferring, or otherwise moving or disposing of in any manner such cigarettes falsely bearing
28  one or more of the Lorillard Marks or any reproduction, counterfeit, copy, or colorable imitation

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7203145.1
335142-101

STIPULATION AND [PROPOSED] ORDER FOR
ENTRY OF PERMANENT INJUNCTION;
STIPULATION FOR DISMISSAL C05-3123 CW

-2-

1  one or more of the Lorillard Marks or any reproduction, counterfeit, copy, or colorable imitation
2  of the same;
3       (7)    other than pursuant to agreement of Lorillard, moving, destroying, or otherwise
4  disposing of any goods, boxes, labels, packaging or other items or documents bearing any
5  reproduction, counterfeit, or imitation of the Lorillard Marks, or removing, destroying, or
6  otherwise disposing of any business records or documents relating in any way to the manufacture,
7  importation, acquisition, purchase, distribution, or sale of goods or merchandise bearing any
8  reproduction, counterfeit, or imitation of the Lorillard Marks; and
9       (8)    assisting, aiding, or abetting any other person or business entity in engaging in or
10 performing any of the activities referred to in the above paragraphs (1) through (7).
11      **IT IS FURTHER AGREED** that Defendants acknowledge receipt of this Stipulation and
12 Order for Permanent Injunction and waive further service thereof.
13      **IT IS FURTHER AGREED AND ORDERED** that this action is hereby dismissed with
14 prejudice, each party to bear its own fees and costs, provided, however, that the United States
15 District Court for the Northern District of California shall maintain jurisdiction over the parties to
16 enforce this Permanent Injunction and to enforce the terms of the settlement agreement between
17 the parties.

Dated: May 2, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
THOMAS A. BURG
Attorneys for Plaintiff
LORILLARD TOBACCO COMPANY

Dated: April 25, 2006

MICHAEL J. BLUMENFELD A PROFESSIONAL CORPORATION

By: _____
CHERYL MARTINSEN
Attorneys for Defendants
TENDERLOIN GROCERY and
AHMED SAID

////

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7203145.1
335142-101

-3-

STIPULATION AND [PROPOSED] ORDER FOR
ENTRY OF PERMANENT INJUNCTION;
STIPULATION FOR DISMISSAL C05-3123 CW

04/25/2006 TUE 16:33 [TX/RX NO 9723] ☒003

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 5/11/06 | *signature* |
| 3 | | Hon. Claudia Wilken |

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7203145.1
335142-101

-4-

STIPULATION AND [PROPOSED] ORDER FOR
ENTRY OF PERMANENT INJUNCTION;
STIPULATION FOR DISMISSAL C05-3123 CW